ORIGINAL

1  N.L. HANOVER
   3600 Lime Street
2  Suite #616
   Riverside, CA 92501
3  Telephone No.: (951) 276-9292

4  Chapter 7 Trustee

FILED
NOV 22 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

8            UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 In re                        )  CASE NUMBER: 6:04-16052-MJ
                                )  CHAPTER 7
11 BARRY M. ALBERT and          )
   DIANA LYNN ALBERT,           )  TRUSTEE'S NOTICE OF
12                              )  UNCLAIMED DIVIDENDS
                                )  (FRBP 3011)
13                    Debtor(s) )
                                )

15         Please find annexed hereto Check No. 320 in the sum of
16 $ 599.62 representing the total amount of unclaimed dividends in the
17 above entitled debtor's estate which will create a zero balance in
18 the bank account. Said sum is paid over to you pursuant to
19 Bankruptcy Rule 3011. The names and addresses of the parties
20 entitled to said unclaimed dividends are as follows:

21         Dated: 11-17-10

                                        _____
                                        N.L. HANOVER,
                                        CHAPTER 7 TRUSTEE

```
===============================================================================
CLAIM NO.    NAME & ADDRESS                              AMOUNT OF      AMOUNT OF
(if any)     OF CLAIMANTS                                ALLOWED CLAIM  DIVIDEND
===============================================================================
  #02        MERCER DENTAL                               $  599.62       599.62
             9333 BASELINE RD
             #035230
             RANCHO CUCAMONGA, CA 91730



                                       TOTALS:    $    599.62      $  599.62
```

CASE NAME: BARRY & DIANA ALBERT

CASE NUMBER: 6:04-16052-MJ

| | | BANK OF AMERICA, N.A. | CHECK NUMBER |
|---|---|---|---|
| UNCLAIMED DIVIDENDS | N. L. HANOVER, TRUSTEE<br>3600 LIME STREET, STE #611<br>RIVERSIDE, CALIFORNIA 92501 | CUSTOMER CONNECTION<br>32-1/1110 TX<br>0 | **320** |
| | | DATE | AMOUNT |
| | | 11/17/10 | *********599.62 |

**1761656**
PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| RS-04-16052  PC | Debtor: ALBERT, BARRY M<br><s>Joint Debtor: ALBERT, DIANA LYNN</s> |

U.S. BANKRUPTCY COURT
ATTN FISCAL UNCLAIMED DIV
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

*Five Hundred Ninety Nine Dollars And 62/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈000320⑈ ⑆111000012⑆ 3752387450⑈